IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY MALANTONIO, et al. | : |
| | : |
| v. | :   NO.   15-6444 |
| | : |
| JOSEPH BOYLE, III, et al. | : |

# **O R D E R**

AND NOW, this 14th day of February, 2017, upon consideration of Defendant's Motion in Limine to Preclude Plaintiff From Introducing Evidence on Loss of Earning Capacity Claim (Doc. No. 46) and Plaintiff's Response in Opposition thereto (Doc. No. 48), it is hereby ORDERED that the Motion (Doc. No. 46) is DENIED.

BY THE COURT:


/s/*Jacob P. Hart*

_____

JACOB P. HART
UNITED STATES MAGISTRATE JUDGE